UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL KOLBET, <br><br> Plaintiff, <br><br> v. <br><br> SELENE FINANCE LP, et al., <br><br> Defendants. | CASE NO. C19-0439JLR <br><br> ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

On June 21, 2019, the court dismissed *pro se* Plaintiff Michael Kolbet's complaint and granted him leave to file an amended complaint within 15 days. (6/21/19 Order (Dkt. # 13); *see also* Compl. (Dkt. # 1); MTD (Dkt. # 5).) More than 15 days have passed since the court issued its order and Mr. Kolbet has not filed an amended complaint. (*See* Dkt.) Although the court's order may not have reached Mr. Kolbet (*see* 6/28/19 Dkt. Entry (Dkt. # 14) ("Mail addressed to Michael Kolbet returned as Undeliverable")), Mr. Kolbet is responsible for maintaining an updated address with the court, *see* Local Rules W.D. Wash. LCR 10(f) ("Any attorney representing any party or any party not

ORDER - 1

represented by an attorney must file a notice with the court of any change in address, telephone number or e-mail address. Such notice must be received by the Clerk's Office within ten days of the change.").

Because Mr. Kolbet has failed to provide an amended complaint that corrects the deficiencies with his original complaint, the court DISMISSES Mr. Kolbet's complaint without prejudice.

Dated this 22nd day of July, 2019.

JAMES L. ROBART
United States District Judge